STATE OF NEW JERSEY v. HARVEY GEORGE and
RICHARD HOCHMAN.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH HIGGINS.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND DANIELS.

May 5, 1980.

Petition for certification denied.